UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.T., a minor, by and through L.T., his Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>LOS ALTOS SCHOOL DISTRICT; CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, and CALIFORNIA DEPARTMENT OF EDUCTION,<br><br>Defendants. | Case No.: C 06-5748 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On September 19, 2006, Plaintiff filed a Complaint and a Motion for Temporary Restraining Order. This case has been assigned to a Magistrate Judge. Before the court takes any action on the Motion for Temporary Restraining Order, it must be determined whether all of the parties consent to Magistrate Judge jurisdiction or whether any of the parties request reassignment to a District Judge.[1] Therefore,

IT IS HEREBY ORDERED that, no later than September 20, 2006, all parties shall file either

---

[1] Absent consent of all parties, a Magistrate Judge does not have authority to rule on motions for injunctive relief. *See* 28 U.S.C. § 636(b)(1)(A) & (c)(1).

ORDER, *page 1*

a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or on the court's website at www.cand.uscourts.gov in the forms (civil) section.

    IT IS FURTHER ORDERED that, upon receipt of this order via the court's electronic filing system, Plaintiff's counsel shall immediately fax a copy of this order to counsel for each Defendant. For any Defendant who is not yet represented by counsel in connection with this matter, Plaintiff's counsel shall fax a copy of this order to the contact person who has been dealing with Plaintiff's counsel on behalf of that Defendant.

Dated: *9/19/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge