UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| C.T., a minor, by and through L.T., his Guardian Ad Litem, | Case No.: C 06-5748 PVT |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| LOS ALTOS SCHOOL DISTRICT; CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, and CALIFORNIA DEPARTMENT OF EDUCTION, | |
| Defendants. | |

On September 19, 2006, Plaintiff filed a Complaint and a Motion for Temporary Restraining Order. This case is currently assigned to a Magistrate Judge. Thus, the court issued an order setting September 20, 2006 as a deadline for all parties to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."[1] As of September 21, 2006, none of the Defendants have filed a Consent to Proceed Before a United States Magistrate Judge. Therefore,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge for further proceedings.

Dated: *9/21/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] Absent consent of all parties, a Magistrate Judge does not have authority to rule on motions for injunctive relief. *See* 28 U.S.C. § 636(b)(1)(A) & (c)(1).

ORDER, *page 1*