**E-filed 9/22/06**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| C.T.,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ALTOS SCHOOL DISTRICT,<br><br>    Defendant. | Case No. C-06-5748-JF<br><br>ORDER OF RECUSAL |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to this Court's Assignment Plan.

DATED: 9/22/06

*[signature]*
JEREMY FOGEL
United States District Judge

ORDER OF RECUSAL