IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T., <br><br> Plaintiff, <br><br> v. <br><br> LOS ALTOS SCHOOL DISTRICT, <br><br> Defendant. | NO. C-06-05748-RMW <br><br> ORDER OF RECUSAL |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to this Court's Assignment Plan.

DATED: September 22, 2006

_____
RONALD M. WHYTE
United States District Judge

ORDER OF RECUSAL
NO. C-06-05748-RMW
rmw:jc