UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.T. A MINOR BY AND THROUGH
L.T. HIS GUARDIAN AD LITEM

       Plaintiff(s),

   v.

LOS ALTOS SCHOOL DISTRICT, ET AL

       Defendant(s).
_____/

No. C-06-05748-RMW

<u>ORDER OF RECUSAL</u>

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to the Court's Assignment Plan.

Dated: 9/22/06

_____
James Ware
United States District Judge