Eliza J. McArthur, SB #152312
Rodney L. Levin, SB#169360
McArthur & Levin, LLP
14375 Saratoga Avenue, Suite 206
Saratoga, CA 95070
(408) 741-2377 (Telephone)
(408) 741-2378 (Facsimile)

ATTORNEYS FOR DEFENDANT LOS ALTOS ELEMENTARY SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T. A minor, by and Through L.T., His Guardian Ad Litem,<br><br>    Plaintiff,<br><br>  vs.<br><br>LOS ALTOS SCHOOL DISTRICT, CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, and CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No.: C06 05748 MJJ<br><br>DECLARATION OF RODNEY L. LEVIN IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)<br><br>Date:  November 21, 2006<br>Time:  9:30 a.m.<br>Dept.: Courtroom 11,<br>       Hon. Martin J. Jenkins |

I, RODNEY L. LEVIN, declare:

    1.  I am an attorney licensed to practice law in all the courts of the State of California and the Northern District Court of California, and an attorney of record for defendant Los Altos Elementary School District.  Each of the facts set forth in this declaration is based upon my own personal knowledge, except for those facts that are not based upon my own personal

1  knowledge; and as to those facts, I am informed and believe them
2  to be true.  If sworn as a witness, I could and would testify
3  competently thereto.
4      2.   Attached hereto as Exhibit "A" is a true and correct
5  (redacted) copy of an interlocutory order issued by the
6  California Office of Administrative Hearings on September 15,
7  2006, in the case of *Student v. Los Altos Elementary School
8  District*, OAH Case No. N2005070166.  The remainder of this
9  underlying action is still pending before the Office of
10 Administrative Hearings, with the hearing currently scheduled to
11 commence on October 17, 2006.
12     I declare under penalty of perjury under the laws of the
13 State of California that the foregoing is true and correct.
14     Executed this 5th day of October, at Saratoga, California.

16                              _____/s/_____
                                 Rodney L. Levin

DECLARATION OF RODNEY L. LEVIN IN SUPPORT OF MOTION TO DISMISS - 2